**Electronically Filed
Supreme Court
SCPW-12-0000671
28-AUG-2012
02:02 PM**

NO. SCPW-12-0000671

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CLIFTON M. HASEGAWA, Petitioner,

vs.

OFFICE OF DISCIPLINARY COUNSEL, Respondent.

---

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Upon consideration of the e-mail dated August 9, 2012, which was filed as a motion for reconsideration of the August 8, 2012 order denying the petition for a writ of mandamus, and the documents attached thereto,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, August 28, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

